# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

FILED
JUL 31 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Randy Jay Jolliff
Plaintiff

vs.

Corrections Corporation of America
And
Cimarron Correctional Facility
Defendant(s)

Case Number:
(To be supplied by Court Clerk)
14 CV - 450 JED - TLW

| Current Location (including Address) of Confinement : | Prisoner Number: 536109 |
|---|---|
| Cimarron Correctional Facility<br>3200 S. Kings Highway #FC-128<br>Cushing, OK. 74023 | |

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

**A. Parties**

1) Randy Jay Jolliff (Plaintiff) is a citizen of Oklahoma (State) who presently resides at 3200 South Kings Highway #FC-128 Cushing Oklahoma 74023 (Mailing address or place of confinement)

2) Defendant Corrections Corporation of America (Name of first defendant) is a citizen of Cushing, Oklahoma (City, State), and is employed as Corrections Corporation of America (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [X] Yes [ ] No
If your answer is yes, briefly explain: State Prisoner Houseing Facility

3) Defendant Cimarron Correctional Facility (Name of second defendant) is a citizen of Cushing, Oklahoma (City, State), and is employed as Corrections Corporation of America (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [X] Yes [ ] No

__No Cpys __No Env/Cpys __O/J __O/MJ
__C/J __C/MJ __C/Ret'd ✓No Env
✓Mail __No Cert Svc __No Orig Sign

If your answer is yes, briefly explain: State Prisoner Houseing Facility

*[You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.]*

**B. Jurisdiction**

1) Jurisdiction is asserted pursuant to: (Check one)

[X] 42 U.S.C. §1983 (applies to state prisoners)

[ ] Bivens v *Six Unknown Named Agents of Fed. Bureau of Narcotics* 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

I am not sure what this means

**C. Nature of Case**

1) Briefly state the background of your case. Mentally and Medically ill. I feel my Civil and Constitutional Rights have been Violated.

**D. Cause of Action**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a) (1) Count I: Civil and Constitutional Rights are being Violated with regaurd to Law Library and Legal Mail. 13 pages and one envelope with Order

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See Ground One - Law Library / Legal Mail supporting documents enclosed. Thirteen Pages and one envelope with Court order enclosed.

b) (1) Count II: Civil & Constitutional Rights are being Violated with regaurd to Medical and Mental Services

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See Ground Two Mental/Medical Services
Supportive Documents Enclosed
Fourteen pages of supporting documents enclosed

c) (1) Count III: ______

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

______

**E. Request for Relief**

1) I believe that I am entitled to the following relief: Mental and Medical help by Medical Professionals not asso-ciated with Cimarron Correctional Facility who will treat me like a human being. Access to Law Library and Legal help and punitive damages if the Court deems necessary.

______
Original Signature of Attorney (if any)

Randy Jay Jolliff
Original Signature of Plaintiff

______
______
______
Attorney's full address and telephone number

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at 3200 S. Kings Highway, Cushing, OK. 74023 on 07/27/14.
(Location) (Date)

Randy Jay Dolloff
(Original Signature of Plaintiff)

## Ground One
## Law Library/Legal Mail

Plaintiff, Randy Jay Jolliff, contends that he has had very little access to the Law Library and Legal Mail arrives late.

Legal Mail is delivered over two weeks late and Cimarron Correctional Facility Management nor Corrections Corporation of America will respond to offender requests or Offender Grievance Process.

Plaintiff filed a Pro Se Motion for relief under Case No. F-2013-255 on 01/23/14. It was denied by the Court of Criminal Appeals on 04/09/14. The order was received and stamped by Cimarron Correctional Facility staff on 04/17/14. Plaintiff did not receive and sign for the denial Order until 05/02/14. It was received beyond the time limit to effect a appeal of the courts decision and my Court of Criminal Appeals Appeal went before the Courts Justices for a final decision without plaintiff being aware of it.

Plaintiff wrote several requests and grievance requests to attempt to clear up this matter but after the first reponse, I received nothing futher from Mr. Hilligoss, Mr. Hollern, Ms. Farmer or the warden, Mr. Miller. I also wrote Corrections Corporation of America, with no response.

Plaintiff arrived at Cimarron Correctional Facility on 04/23/13, and has never received more then three hours in a week. Help at the Law Library is for the offender with money or goods to pay the clerks.

Compound two Law Library, which is all I've ever had access to despite my many unanswered requests, has no law books and two computer to service over five hundred offenders. The Law Library issues out permission slips to gain access on a given day at a given time. Very rarely is the Law Library open on the day and time given on the permission slip because of lack of staff or other reasons they dont wish to explane to us. Once you miss a date and time because of no access, Plaintiff must reapply through the inmate mail system ~~all~~ which has a turn around time of four days so if you miss a day because the Law Library is Closed on your permission time, you will miss a whole week. The Law Library is very inconsistent and it is impossible to reserch, prepare and complete any kind of writ, appeal or legal documentation.

### Points of Intrest

1. Letter from Michael S. Richie, Court of Crimina Appeals with a Order denieing Plaintiff's Motion for Relief. Stamped April 17th, 2014, but not received by the Plaintiff until May 2nd 2014, Past time limit to appeal the decision.

Ground One
Law Library/Legal Mail

Points of Intrest

2. Offender Grievance Process-Request to Staff dated 04/23/13 shows that Plaintiff attempted to access a law library or receive legal help and was refered to his Case Manager. I was housed on Fox Bravo and we did not have a case Manager for months because I was one of the first White offenders to be housed on Compound two here at Cimarron Correctional Facility. Prior to us, Only Puerto Rican Nationals, who for a large price only needed to be housed and feed, until they rioted, destroyed everything because of no exercise time, and were returned back to Puerto Rico. It was months before we saw a Case Manager and we all received no response from our requests for legal help. Compound Two had no law library until the early months of 2014. All requests went unanswered.

3. Offender Request dated 03/02/14, 04/01/14 written to Mr. Hilligoss for Access to the Law Library on Compound One because Compound Two Law Library is not up and running right yet. It is always Closed. I wrote Mr. Hollarn, Principal, who finally responded in July, 2014.

4. Offender Request dated 04/14/14, Mr. Hilligoss finally refers me back to Ms Farmer and Mr. Choate, Mr. Choate, never has responded one time, Ms Farmer sometimes responds and gives a Law Library Permission slip but most times the Law Library is closed because of lack of Staff/Correctional Officers.

5. Offender Grievance Process-Request to Staff, dated 05/04/14 Mr. Hilligoss starts to get upset with me because I need paperwork showing its no fault of my own that I did not meet the appeal time limit. This is the last time Mr. Hilligoss responded to my offender Requests or Offender Grievances. The Warden, Mr. Miller never responds either.

6. Offender Request for Permission into the Law Library dated 05/29/14, eleven days later and then it was Close due to no officer. 06/04/14-Permission given for twenty days later and it was Closed 07/05/14-Permission for ten days later-Closed.

7. Offender Grievance Process-Request to Staff dated 07/10/14 and 07/06/14 to Principal, Mr. Hollarn who admitts no Computer time and problem with Correctional officers being their but I've been in for one hour since this was written and staffing forced it to a close. Ms. Murrell did notary but no Copies or typewriter available. Case Manager Ms. Edwards said no Copies available for some time.

**IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA**

| | | |
|---|---|---|
| **RANDY J. JOLIFF,** | ) | |
| **Appellant,** | ) | |
| **v.** | ) | **No. F-2013-255** |
| **THE STATE OF OKLAHOMA,** | ) | |
| **Appellee.** | ) | |

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA
APR - 9 2014
MICHAEL S. RICHIE
CLERK

**ORDER GRANTING MOTION TO FILE BRIEF OF APPELLEE UNDER SEAL AND DENYING APPELLANT'S *PRO SE* REQUESTS FOR RELIEF**

The Appellant, Randy J. Jolliff, filed this appeal from his Judgment and Sentence in Case No. CF-2011-18 in the District Court of Hughes County. Documents concerning Appellant's competence to proceed in this case have been filed under seal in this appeal. The State acknowledges that it has referenced sealed documents in its brief and asks that its brief be filed under seal to maintain Appellant's privacy and to ensure the evidence contained in the documents is not made public. This Court finds the State's motion to file its brief under seal should be, and is hereby, **GRANTED**.

Appellant has also filed in this appeal more *pro se* requests for relief. Appellant has previously been instructed to submit all *pro se* filings through the attorney of record. *Joliff v. State*, No. F-2013-255 (Okl.Cr. August 30, 2013). Therefore, Appellant's *pro se* requests for relief should be, and are hereby, **DISMISSED**.

**IT IS SO ORDERED.**

**WITNESS MY HAND AND THE SEAL OF THIS COURT** this 9th

day of April, 2014.

**DAVID B. LEWIS, Presiding Judge**

ATTEST:

Clerk

NF

Michael S. Richie
Clerk of the Appellate Courts
Oklahoma Judicial Center
2100 N. Lincoln Blvd., Ste. 4
Oklahoma City, Oklahoma 73105-4907

OMA CITY
OK 730
15 APR '14
PM 4 L

Hasler
04/15/2014
US POSTAGE
FIRST-CLASS MAIL
$00.48⁰
ZIP 73105
011D11632993

APR 17 2014

FC-126

Randy Jolliff
#536109
3200 S. Kings Hwy
Cushing, OK 74023
F-2013-255

74023535500

## Offender Grievance Process
## REQUEST TO STAFF

TO: ~~Warden's Secretary~~ Case Manager FACILITY/DIST/UNIT: EC206 DATE: 4/23/13
(NAME AND TITLE OF STAFF MEMBER)

I have_____have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ________ facility: ________ grievance #: ________
I affirm that I do ___ do not___ have a grievance pending on this issue.
I affirm that I do ___ do not___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ________
This request _______does _______ does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered. I AM FIGHTING AN APPEAL IN THE COURT OF CRIMINAL APPEALS AND NEED A LAW LIBRARY OR WHAT EVER LEGAL LIBRARY ATTORNEY YOU HAVE.

THANK YOU

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how. ACCESS TO LEGAL LIBRARY OR LEGAL SERVICES

NAME: RANDY JOLLIFF (PRINT) DOC NUMBER: 536109 UNIT & CELL NUMBER: EC206

SIGNATURE: Randy Jolliff WORK ASSIGNMENT: ________

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
You need to fill out a CCA-CCF Request for Attorney Conference which you can get from your Case manager. Address all your issues with your Case manager.

Kathy Jones 4-25-13
STAFF MEMBER DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 5/11)

~~CHANGE~~

# Offender Grievance Process
## REQUEST TO STAFF

TO: ~~MR. MUNDAY~~ FACILITY/DIST/UNIT: EC 206 DATE: 4/24/13
(NAME AND TITLE OF STAFF MEMBER)

I have_____have not X already submitted a "Request to Staff" or greivance on this same issue.
If yes, what date: ________ facility: ________ grievance #: ________
I affirm that I do ___ do not___ have a grievance pending on this issue.
I affirm that I do___ do not___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ________
This request _______does _______ does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered. I. TOLD BY KATHY JONE TO WRITE YOU IN REGAURDS TO ME NEEDING TO HAVE ACCESS TO FILL OUT A CCA-CCF REQUEST FOR ATTORNEY CONFERENCE APPLICATION FOR ASSISTANCE WITH MY PENDING APPEAL.

Thank you.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how. FILL OUT A CCA-CCF REQUEST FOR ATTORNEY CONFERENCE.

Thank You.

NAME: RANDY JOLLIFF (PRINT) DOC NUMBER: 536109 UNIT & CELL NUMBER: EC 206

SIGNATURE: Randy Jolliff WORK ASSIGNMENT: [illegible]

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

Attached

STAFF MEMBER: K. Munsell DATE: 4-29-13

1. Original to file
2. *Copy to offender*

DOC 090124D (R 5/11)

# Offender Request

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Request to Staff" for those issues.**

TO: Mr. Hilligoss Facility/Unit: CCA- Law Library Date: 03/02/14
(Name/Title of Staff Member)

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Offender Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Offender Request being returned unanswered.

Sir, I have a appeal pending in the Oklahoma Court of Criminal Appeals #F-2013-255 and access has been very limited because the doors have been locked. Also, I am in Chaplin Fox's faith based programing and can only attend law library after lunch. Also, I am unable to operate a Computer and can not afford a law Clerk. Sir, Could I please have access to the actual books on #1 Rules of the Court of Criminal Appeals and also #2 Rules of Appeal in Federal Court. I am on the process of dismissing my attorney and will represent myself. I am working on the Court time limits and really need your assistance. Thank You.

(5)

Name: Randy Jolliff DOC # 536109 Unit & Cell # FC-126
(Print)

Signature: Randy Jolliff Work Assignment: Faith Base Programing with Chaplin Fox

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: I have spoke with principal Hallow an we will get you into the Library to complete your work. I will speak to the officer [illegible] also.

Staff Member [signature] Date 3-6-14

DOC 090124E
(R 2/13)

# Offender Request

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Request to Staff" for those issues.**

TO: Mr. Hilligoss Facility/Unit: CCA Date: 04/01/14
(Name/Title of Staff Member)

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Offender Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Offender Request being returned unanswered.

I continue to have problems getting into the legal library. The legal library sends me a appointment slip, and it is closed on the librarys appoint time. Also it seems impossible to get time on the computer printer, computer or typewriter. Is it possible to have access to the law library on compound one or what can you suggest I do? Thank you for your time.

(9)

Name: Randy Jolliff DOC # 536109 Unit & Cell # FC-126
(Print)

Signature: Randy Jolliff Work Assignment: Faith Based Programing - Chaplin Mr. Fox

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: I will discuss with Principle Holloman

Staff Member: Hilligoss Date: 4-16-14

DOC 090124E
(R 2/13)

# Offender Request

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Request to Staff" for those issues.**

TO: Mr. Hilligoss Facility/Unit: CCA Date: 4-14-14
(Name/Title of Staff Member)

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Offender Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Offender Request being returned unanswered.

Sir, I received some legal mail that requires a quick reply. I'm not even sure what my responce should be and need to talk in detail with the offender who usually helps me, and type my petitions to the Court of Criminal appeals for me. Please Help. Thank You.

(7)

Name: Randy Jolliff DOC # 536109 Unit & Cell # FC-126
(Print)

Signature: Randy Jolliff Work Assignment: Faith Based Programing

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: Have you contacted Mr. Chicate or Mrs. Farmer to set something up?

Staff Member: Hilligoss Date: 4-22-14

DOC 090124E
(R 2/13)

6

**Must Be Submitted Through the Law Library**
**Offender Grievance Process**

# REQUEST TO STAFF

TO: Mr Hilligoss FACILITY/DIST/UNIT: CCA DATE: 5/4/14
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ____________ facility: ____________ grievance #: ____________
I affirm that I do ____ do not ____ have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ____________
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered. Sir,
I have written you on numerous occasions in reguard to my pending appeal in the Oklahoma Court of Appeals, Case # F-2013-255. I have not had access to any legal library, Copies or legal help in over 30 days. I wrote a offender request to the Unit Manager twice, with no responce, weeks ago. Now I found out a pro se motion was denied on 4/9/14 and I had ten days to appeal. Your institution recieved the order dismissing my Pro se motion on 04/17/14. I recieve and signed for the dismissal on 05/02/14, fifteen (15) days later and twelve days beyond my right to appeal the dismissal.
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.
Nothing can be done. Please acknowledge the mistakes have been made and I still need Copies and access to a law library to what my next step should be.

NAME: RANDY JOLLIFF DOC NUMBER: 536109 UNIT & CELL NUMBER: FC-126
(PRINT)

SIGNATURE: [signature] WORK ASSIGNMENT: Faith Based Programing

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
I cannot acknowledge anything until I see if you followed all the steps in communicating with your Unit team for assistance.

[signature] Hilligoss 5-12-14
STAFF MEMBER DATE
1. Original to file
2. Copy to offender

RECEIVED
MAY 05 2014
BY: 5-2-32

DOC 090124D (R 1/13)

(8)

# Offender Request

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Request to Staff" for those issues.**

TO: Law Library (Name/Title of Staff Member) Facility/Unit: CCA Date: 5-29-14

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Offender Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Offender Request being returned unanswered. I was given a permission slip, good for 5-29-14. On 5-29-14, the law library was closed. Could you please give me another permission slip for entry to the law library. Thank You.

(9)

Name: Randy Jolliff (Print) DOC # 536109 Unit & Cell # FC-126

Signature: Randy Jolliff Work Assignment: Faith Based Programing

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: See attached slip for Tuesday 10th 2014 at 9:00 a.m.

Staff Member [signature] Date 6-9-14

DOC 090124E
(R 2/13)

# Offender Request

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Request to Staff" for those issues.**

TO: Law Library
(Name/Title of Staff Member)
Facility/Unit: CCF
Date: 6/4/14

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Offender Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Offender Request being returned unanswered.

I put in a legal library request a week ago and have ~~[illegible]~~ Not received a permission slip. Could you please send me a permission slip for the legal library. Thank you. 12:30 Appointment Please

(10)

Name: Randy Jolliff
(Print)
DOC # 536109
Unit & Cell # FC126

Signature: Randy Jolliff
Work Assignment: Faith Based Programing

Closed

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: See attached slip for Tuesday 24th at 12:30pm - 2014

[signature]
Staff Member

6-19-14
Date

DOC 090124E
(R 2/13)

# Offender Request

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Request to Staff" for those issues.**

TO: Mrs. Detzell ~~Ms. [illegible]~~ - LAW LIBRARY Facility/Unit: CCF Date: 07-05-14 ~~07-05-14~~

(Name/Title of Staff Member)

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Offender Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Offender Request being returned unanswered.

COULD I PLEASE HAVE A PERMISSION SLIP TO YOUR LIBRARY AFTER 10:00 AM ON WEEKDAYS. THANK YOU.

Name: RANDY JOLLIFF DOC # 536109 Unit & Cell # FC-128

(Print)

Signature: Randy Jolliff Work Assignment:

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: See attached slip for ~~[illegible]~~ Tuesday 15th at 12:30pm - 2014

Closed

Staff Member: B Dell Date: 7/9/2014

DOC 090124E
(R 2/13)

**Must Be Submitted Through the Law Library**
**Offender Grievance Process**
**REQUEST TO STAFF**

RECEIVED
JUL 1 1 2014
BY: 7-2-118

TO: Principal - Mr. Hollarn FACILITY/DIST/UNIT: CCF DATE: 7/10/14
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ______ facility: ______ grievance #: ______
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ______
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Sir, I've submitted multiple requests for permission to have access to the law library over the last several months without access being granted. I would get a permission slip back and the law library would be closed on that date. I'm still waiting on a response from Mr. Hilligoss. Also, on the legal mail I recieved two weeks after the prison recieved it, denieing me a chance to appeal the Court of Criminal Appeals, denial of a motion I filed Pro Se. Please help me.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I've had no access for three months now. I need time on the Computer, typewriter and law books. Also, I need a letter confirming that you recieved a denial legal letter on 4/17/14, and I did not sign for it for two weeks afterwards, denieing me a right to appeal. Thank you.

NAME: Randy Jolliff (PRINT) DOC NUMBER: 536109 UNIT & CELL NUMBER: FC-128

SIGNATURE: Randy Jolliff WORK ASSIGNMENT: Faith Based Programing

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: Answered on previous RTS. I am working on more computer access for you.

STAFF MEMBER: Hollarn DATE: 7-14-14

1. Original to file
2. Copy to offender

DOC 090124D (R 1/13)

(12)

**Must Be Submitted Through the Law Library**
**Offender Grievance Process**
# REQUEST TO STAFF

RECEIVED JUN 09 2014
BY: ........................

TO: Principal; Mr. Hollarn FACILITY/DIST/UNIT: CCF DATE: 7-6-14
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ____ facility: ____ grievance #: ____
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Sir, I saw you in your office with Ms. Farmer approximately two week ago in regaurds to a response from Mr. Hilligoss in regaurds to my legal mail taking two weeks to reach me, daning me a right to appeal the Courts decision on a motion filed on my behalf. Sir, also, I have sent in requests for access to the law library with no response. When I do recieve a permission slip, the law library is closed because their is no C/o to supervise. Its been over two months since ive had access. Ive seen others from Compound two in Compound one law library. Could I please be permitted access also. Thank You.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Sir, Verification that I received the legal mail two weeks after it arrived at C.C.F and access to Compound one legal library or more access to Compound two library. With more Computer time to reserch laws and statutes. Thank You.

NAME: RANDY JULLIFF DOC NUMBER: 536109 UNIT & CELL NUMBER: FC-128
(PRINT)

SIGNATURE: Randy Julliff WORK ASSIGNMENT: Faith Based Programing

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
Compound 2 law library is open (except when no C/O's are here). I will tell Mrs. Debell to get you in. You are allowed 6 hours per week.

Hollarn
STAFF MEMBER

7-14-14
DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 1/13)

Ground Two.
Medical/Mental Services

Plaintiff, Randy Jay Jolliff, arrived at Cimarron Correctional Facility in April, 2013.

Plaintiff suffers from several mental disorders and has been on Social Security Disability for many years because of Mental disorders.

Cimarron Correctional Facility, Correctional officers have explaned that they are separate from the Medical staffing here. I've been informed that the medical staff are supplied by temporary staffing Agencies, who have minimal medical knowledge, and no knowledge of how a correctional institution operates

Plaintiff has filed several offender requests and grievances to Medical Management, Correctional Corporation of America Management and also the Warden, Mr. Miller, without a response. If you look on the grievances to warden, Mr. Miller and to Corrections Corporations of America, it is answered by Nurse, Ms. Kelly, in the disposition reply and not by whom the grievances were filed too. As you can read on the eleven Medical requests sent to prison staff and the lengthly waiting periods, things are seriously wrong with the Medical system here at Cimarron Correctional Facility

Plaintiff's medications are repeatedly missing and the Medical staff are very abusive and threatening when asked about it. Nurse, Ms. Kelly abusively warned Plaintiff to notify noone but her in the future. Nurse, Ms Kelly blamed the missing medication on staffing problems and the Nurses giving others who are out of their medication, my medication.

Plaintiff was seen on 06/29/14, at which time he was told by phychiatrist, Ms. Ranier that the medications ordered for the month should last until the 26th and she had standing orders for my medication for the following two months.

Early in 2014, this Plaintiff was taken off a medication that already made coping with life very difficult. No explantion was given and no replacement found. As a result, this Plaintiff sees and hears things that others do not see. Life is made very rough by those who dont understand him. Institutional staff are only concerned about this plaintiff remaining here for the moneys they will recieve and will not allow him to move to a Oklahoma State Facility to recieve mental help.

Grounds Two

## Medical/Mental Services

### Points of Intrest

1. Offender Request dated 06/01/13 Clearly shows Plaintiff has had problems for over a year with medication disappearing which forces Plaintiff in repeated Suffering from withdraws, seeing and hearing things not there and constant harassment from those around him that dont understand mental disorders.

2. Request for Health Services dated 02/07/14 Clearly shows Plaintiff has been suffering for months from teeth problems and will continue to suffer until October 2014.

3. Offender Grievance Process - Request to Staff 05/16/14. The Law Library refuses to except any Grievances and until recently, I never received them back. This one Clearly shows I wrote to corrections Corporation of America and Cimarron Correctional Facility did not even consider my mental state and returned it unanswered.

4. Request for Health Services dated 06/25/14, Clearly shows Plaintiff is feeling off balance and ill. Health Services will not see Plaintiff unless he falls out, until October 2014.

5. Offender Grievance Process - Request to Staff dated 07/07/14, Clearly shows Plaintiff was again without his medication from 06/30/14, and Nurse, Ms Kelly answered for management.

6. Offender Request Grievance Process dated 07/07/14 Clearly shows that Plaintiff saw Psychiatrist and should have never run out of his medication
Offender Grievance was addressed to the Warden, Mr. Miller, but was answered by Nurse, Ms. Kelly.

7. Offender Grievance Process - Request to Staff dated 07/10/14, This Plaintiff did start receiving his medication and after a few days, it mysteriously disappeared. Thats why it shows I only missed two doses the week of the 22nd of July, 2014. Again the Offender Grievance was addressed to the warden, Mr Miller, but answered by Nurse, Ms. Kelly.

8. All other of the numerous offender Requests, Offender Grievances and Request for Health Services were never answered or returned.

9. Plaintiff suffers now with Mental Problems, dizziness, swollen right leg, teeth problems and feet and joints that constantly feel like there on fire.

 4 2 6

# OKLAHOMA STATE DEPARTMENT OF CORRECTIONS

**New Arrival / Adjustment Review / Earned Credit Level - Nov 2008** DOC# 536109

## Offender Information

Facility CCF    Facility Arrival Date 04/22/2013    LARC Arrival Date 04/10/2013
Name JOLLIFF, RANDY JAY    DOC Number 536109    Gender MALE    Date of Birth 03/15/1964
Date of Assessment 12/10/2013    Housing Restrictions NO    Identification NO
Name of Emergency Contact Jolliff, Lonnie    Relationship Brother    Phone Number (702)898-8877
Address Henderson, NV    Will I/M reside at this address after re-entry? NO

## Sentence Information

85% YES    57 O.S. 1991 Sec 521 eligible NO

PPWP eligibility NO    Days Remaining 6242

Assessed Security MIN    Security Points 4    Assigned Security GP    Mandatory Override?

Misconduct History    Active Misconduct Points 0    Date of last Misconduct

Parole Date 01/01/2028    Parole Stipulations None found

Parole Conditions None found

Escape History    Escape Points

| Facility | Security Level | From Custody | Escape Date | Apprehension Date |
|---|---|---|---|---|

Escape Comment NONE FOUND

## Current Patterns of Behavior

Performance Rating = Poor, Good, Excellent, Outstanding

Staff OUTSTANDING    Program Participation OUTSTANDING    Job OUTSTANDING

Other Offenders OUTSTANDING    Personal Hygiene OUTSTANDING    Living Area OUTSTANDING

**Program / Job Evaluations**

| Month/Year | Rating | Assignment |
|---|---|---|

## Case Plan

*Initial Plan*

| Needs | Plan of Action | Projected Enrollment | Completion | Restrictions/Comments |
|---|---|---|---|---|
| Cognitive Behavior | No Plan Entered | PENDING | | LSI 35/.50 |
| Education | No Plan Entered | PENDING | | TABE 5.4 |
| Substance Abuse - High | No Plan Entered | PENDING | | LSI 35/.89 ASUS 72/9 |

*Updated Plan*

| Needs | Plan of Action | Projected Enrollment | Completion | Comments |
|---|---|---|---|---|

# OKLAHOMA STATE DEPARTMENT OF CORRECTIONS

## New Arrival / Adjustment Review / Earned Credit Level - Nov 2008

DOC# 536109

Warden/District Supervisor or designee approval ______________________

*Pre-Release*

Financial

Employment

Program Referral

Residence

Comment LEVEL 4 PROMOTION

| Earned Credit Level Eligible | Effective Date | Action | Comment |
|---|---|---|---|
| LEVEL 4 | 01/01/2014 | PROMOTION | LEVEL 4 PROMOTION |

Prepared by C. Edwards [signature] Date 12-12-13

Chairperson [signature] Date 12-12-13

Member [signature] Date

Date of Next Review 04/09/2014 Comments LEVEL 4 PROMOTION

Offender Signature [signature] Date

# Offender Request

COPY

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Request to Staff" for those issues.**

TO: Medical Department (Name/Title of Staff Member) Facility/Unit: Medical Date: 06/01/13

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Offender Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Offender Request being returned unanswered.

When going to Pill Call, one night my medication is there and the next night I'm out. The nurseing staff is polite but have no excuss as to why. If I don't take my medication, I hear and see things not their. I freak out all night long with no sleep for day. Please Please help me Thank you

Name: Randy Jolliff (Print) DOC # 536109 Unit & Cell # FB206

Signature: [signature] Work Assignment: NONE

(4)

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

I am sorry this problem has occured with your meds. I have talked with the nurses to make sure your meds from pill line do not run out. Please notify us for further problems or needs.

J Sellers RN HSA
Staff Member

6-4-13
Date

DOC 090124E
(R 2/13)

# Offender Request

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Request to Staff" for those issues.**

TO: Medical Department Ms. Sellers RN. Facility/Unit: CCF Date: 06/14/13
(Name/Title of Staff Member)

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Offender Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Offender Request being returned unanswered. I am a Cronic Care patient and I was under the impression that Cronic Care patients were not Charged for Visits or Cronic Care prescription; thank you. I get $25.00 a month for personal Care products. I have also been waiting for Motrin 600mg, for three weeks.

Name: RANDY JOLLIFF DOC # 109 Unit & Cell # FB-206
(Print)

Signature: Randy Jolliff Work Assignment:

(5)

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: The doctor charged you in error. We will request a refund from the trust fund.

Staff Member: Sellers Date: 7/2/13

DOC 090124E
(R 2/13)

JUL 02 2013

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR HEALTH SERVICES**

Ms Ross.

**TO BE COMPLETED BY OFFENDER** Facility: CCF Date: 08/07/13

Offender Name: RANDY JOLLIFF DOC # 536109 Unit FC126

**I request the following service(s):** (Check appropriate box(s))

☒ Medical ☐ Mental Health ☐ Dental ☐ Optometry (eye) ☐ Medication Renewal (expired medications only)

**Reason for service:** I am a chronic care inmate and you continue to let my perscriptions run out and make me fill out another request slip.
Could you please replace the money to my inmate account. Thank You

**I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $2 for each medical service I request and a charge of $2 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.**

Offender Signature: Randy Jolliff Date: 08/07/13

**TO BE COMPLETED BY HEALTH SERVICES**

| Date Received | Initials |
|---|---|
| AUG 09 2013 | [signature] |

Comment: Routine - ~~you were charged for~~ you will be refunded $6.00 for services on 7-17-13

[signature] LPN — Qualified Health Care Professional    8-9-13 — Date

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expire or run out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 11/12)

Chronic Care -
Indomethacin - Arthritis

10

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY OFFENDER**

Facility: CCA Date: 2/7/14

Offender Name RANDY JOLLIFF DOC # 536109 Unit FC126

I request the following service(s): (Check appropriate box(s))

☐ Medical ☐ Mental Health ☒ Dental ☐ Optometry (eye) ☐ Medication Renewal (expired medications only)

Reason for service: I HAVE VERY PAINFULL AND SEVERE TOOTH PROBLEM.

THANK YOU

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $2 for each medical service I request and a charge of $2 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Offender Signature [signature] Date: 2/7/14

**TO BE COMPLETED BY HEALTH SERVICES**

| Date Received | Initials |
|---|---|
| FEB 10 2014 | KW |

Comment: Refer to dental — Sch'd in Oct/2014

[signature] KW

Qualified Health Care Professional

[signature] 3-12-14

Date

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expire or run out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

7

DOC 140117A
R 11/12)

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY OFFENDER** Facility: CCA Date: 4/13/14

Offender Name Randy Jolliff DOC # 536109 Unit FC 126

I request the following service(s): (Check appropriate box(s))

☒ Medical ☐ Mental Health ☐ Dental ☐ Optometry (eye) ☐ Medication Renewal (expired medications only)

Reason for service: My IBU600 was reordered a week ago. Could you please bring it to the Unit. I am in a Lot of pain.

Thank You Very munch

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $2 for each medical service I request and a charge of $2 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Offender Signature Randy Jolliff Date: 4/13/14

**TO BE COMPLETED BY HEALTH SERVICES**

| Date Received | Initials |
|---|---|
| APR 16 2014 | [initials] |

Comment: Nursing 3

[signature]
Qualified Health Care Professional

4-16-14
Date

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expire or run out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 11/12)

25

# Must Be Submitted Through the Law Library
## Offender Grievance Process
## REQUEST TO STAFF

TO: Corrections Corporation of America FACILITY/DIST/UNIT: Medical Admin. DATE: 5-16-14
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: N/A facility: N/A grievance #: N/A
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: N/A
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 05-10-14, I was told by a very unprofessional and rude nurse, that I only had one of my medications and she was tired of men yelling at her because long time Nurses were not doing they're job. I told her that Nurse Moss asked me to notify her when my medication ran out. She refused and said something under her breath about that group being the problem. She said I dont need the medication and get away from her.
On 05-11-14 the same nurse as on 05-10-14, at Pill line P.M, said some hateful meaningless response to me trying to tell her that I had no sleep on 05-10-14 P.M/A.M. The nurse was very rude and joked on me that

~~(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)~~

~~**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.~~

I didn't need them. None of us did. Getting the medication at 4:00 pm to sleep in the night. She joked about us inmates and what C.C.A gets away with. I like it here. The Nurse gave me one (1) pill jokingly and told me to figure it out. On 04/12/14 The Nurse at pill line ~~went~~ went to the medication drawer and pulled a full card of medication and repeated my spelling back to me. The professional Nurse gave me all the medication

NAME: Randy Jolliff (PRINT) DOC NUMBER: 536109 UNIT & CELL NUMBER: FC-126

SIGNATURE: Randy Jolliff WORK ASSIGNMENT: Faith Based Program

**DO NOT WRITE BELOW THIS LINE**

~~**DISPOSITION:**~~

That was prescribed by prison doctors [redacted]. I know You'll make fun of me for my Mistakes. Dont Care! On 04/13/14 The unprofessional [redacted] Nurse returned at great pleasure in telling me she [redacted] was not wrong and I had no medication. Another Nurse

*Returned Unanswered. [illegible] 5/26/14

STAFF MEMBER DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 1/13)

(1) of (2) (9)

# Must Be Submitted Through the Law Library
## Offender Grievance Process
## REQUEST TO STAFF

TO: ______________________ FACILITY/DIST/UNIT: __________ DATE: __________
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: __________ facility: __________ grievance #: __________
I affirm that I do ____ do not ____ have a grievance pending on this issue.
I affirm that I do ____ do not ____ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: __________
This request ____ does ____ does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

was their, very short, it appeared. She said the nice professional Nurse gave me someone elses medication after she looked in the medication drawer. I tried to tell her that the other nurse read my name back to me, she rudely joked on me and I walked away. I went to Fox Circle and spoke to C/O Holte. He called Compound #1, Spoke to Sgt. Hampton. C/o Ms Hampton spoke to the Nurse who pulled my Full Medication Card. She said she was Very busy. I went to Lt. Mazaro and told him I was having problems. He was professional and took my name. On 05/14/14 and 05/15/15 I attempted to get my medication and on 05/14/14, I held it

~~(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)~~

~~ACTION REQUESTED: State exactly how you believe your request may be handled, that is, what exactly should be done and how.~~

together and even though the nurse was very unprofessional I walked away and went to Lt. MAZARO and he took my Name again. On 05/15/14, the Pill Line Nurse was professional and nice and apologized for not relaying some information. She said she would do it after pill line.
Now all of my KOP Medication is gone and they didn't Call

NAME: Randy Jolliff (PRINT) DOC NUMBER: 536109 UNIT & CELL NUMBER: FC 126

SIGNATURE: [signature] WORK ASSIGNMENT: Faith Based Program

**DO NOT WRITE BELOW THIS LINE**

~~DISPOSITION~~ Kop when they usually will. I have not slept more then two hours in a night for a week. I am sick to my stomach and no relief in sight. Also, My heart is beating so fast and so hard. Headaches
Thank You

Returned unanswered – [initials] 5/26/14

STAFF MEMBER DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 1/13)

(2) of (2)

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY OFFENDER** Facility: CCF Date: 6/25/14

Offender Name Randy Jolliff DOC # 536109 Unit FC-128

**I request the following service(s):** (Check appropriate box(s))

☒ Medical ☐ Mental Health ☐ Dental ☐ Optometry (eye) ☐ Medication Renewal (expired medications only)

Reason for service: Could you please call me up on Chronic Care appointment. I am feeling blood suger imbalance. I was never called for my Consultation on my A1C elevation blood test.

Thank You,

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $2 for each medical service I request and a charge of $2 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Offender Signature Randy Jolliff Date: 6/25/14

**TO BE COMPLETED BY HEALTH SERVICES**

Date Received JUL 01 2014 Initials [signature]

Comment: CCC You already have an appointment scheduled for ~~[illegible]~~ October

[signature] 7-2-14
Qualified Health Care Professional Date

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expire or run out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 11/12)
3

**Must Be Submitted Through the Law Library**

**Offender Grievance Process**

# REQUEST TO STAFF

RECEIVED JUN 09 2014 BY:..........

TO: Medical Management (NAME AND TITLE OF STAFF MEMBER) FACILITY/DIST/UNIT: CCF DATE: 7-2-14

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ______ facility: ______ grievance #: ______
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ______
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I attempted to give Nurse Curry a Medical Request form and she refused to take it from me or a C/o and said she would destroy it if left. She also refuse to give her name or where to submit a form to Medical.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

My Medication should have never lapsed. I now have not slept for four days, and it was not easy being treated that way while suffering withdraws.

NAME: RANDY JOLLIFF (PRINT) DOC NUMBER: 536109 UNIT & CELL NUMBER: FC-128

SIGNATURE: Randy Jolliff WORK ASSIGNMENT: Faith Based Programing

Thank You.

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: The medical forms need to be placed in the box outside of medical or in chow hall. Nurses only take them personally if you are on lock down.

[illegible] NSA
STAFF MEMBER

7-11-14
DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 1/13)

**Must Be Submitted Through the Law Library**
**Offender Grievance Process**
**REQUEST TO STAFF**

RECEIVED
JUN 09 2014
BY: ..................

TO: Medical Management (NAME AND TITLE OF STAFF MEMBER) FACILITY/DIST/UNIT: CC 7 DATE: 7/2/14

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ―― facility: ―― grievance #: ――
I affirm that I do ____ do not X have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ――
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I have been out of my psychiatric medication for three days. I am suffering adverse reactions and no one will help. I've not slept in three nights.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how. Please help!

NAME: RANDY JOLLIFF (PRINT) DOC NUMBER: 536109 UNIT & CELL NUMBER: FC-128

SIGNATURE: Randy Jolliff WORK ASSIGNMENT: Faith Based Programing

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
issue was resolved and you were personally updated of such by myself on 7/9/14

J Kelley LPN
STAFF MEMBER

7/14/14
DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 1/13)

# Must Be Submitted Through the Law Library
## Offender Grievance Process
## REQUEST TO STAFF

RECEIVED
JUN 09 2014
BY: .....................

TO: Warden — FACILITY/DIST/UNIT: CCF DATE: 07/02/14
(NAME AND TITLE OF STAFF MEMBER)

I have X have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: Unsure facility: CCF grievance #: —
I affirm that I do X do not ____ have a grievance pending on this issue.
I affirm that I do ____ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: —
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Sir, I was seen by psychiatrist, Ms. Ranier, who told me she was assured by Medical Staff that I was recieveing all my medication. She said that the Medical Department had enough Medication to last until the 26th of July.
On several occasions throughout the month, one or both of my psychiatric medication will come up missing. I suffer tremendously from repeated withdraws from all of my prescribed medication repeately missing. At this time I have no psychiatric medication.
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.) Thank You.

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

This is your Prison and your Staff. I'll leave that in your Very Capable Control. Thank You.

NAME: RANDY JOLLIFF DOC NUMBER: 536109 UNIT & CELL NUMBER: FC-128
(PRINT)

SIGNATURE: Randy Jolliff WORK ASSIGNMENT: Faith Based Programming

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
Issue resolved, please notify pharmacy nurse with any future issues.

[signature] LPN
STAFF MEMBER

7/14/14
DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 1/13)

(13)

# Must Be Submitted Through the Law Library
## Offender Grievance Process
## REQUEST TO STAFF

RECEIVED JUL 1 1 2014 BY: 7-2-102

TO: Warden, Mr. Miller FACILITY/DIST/UNIT: CCF DATE: 7/10/14
(NAME AND TITLE OF STAFF MEMBER)

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: Unsure facility: CCF grievance #: ———
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ———
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Sir, I've now been without my prescribed psychiatric medication for eleven (11) days. I am suffering greatly because of it. I've slept a maximum of a hour or two a night since 6/30/14. The nurse says they are here, but would not help me.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.) Please Help.

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

What ever you feel necessary, Just please help.

Thank You.

NAME: Randy Jolliff DOC NUMBER: 536109 UNIT & CELL NUMBER: FC-128
(PRINT)

SIGNATURE: Randy Jolliff WORK ASSIGNMENT: Faith Based Programing

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
your MAR reflects 2 missed doses this week. re-ordered from providing pharmacy, should arrive tomorrow.

Kelly RN - Pharmacy Nurse
STAFF MEMBER

7/22/14
DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 1/13)

FC 126

## Oklahoma Department of Corrections

**JOLLIFF, RANDY**
OK DoC Offender ID **536109**
3/15/1964 (49) M Caucasian
Cimarron Correctional Facility

**Diagnostic / Laboratory / X-ray Results - Offender Notification - 02/05/14 09:26**

**Disposition:**

*Laboratory / Diagnostic / X-ray results:*
Blood test showed; A1C ELEVATED

*Additional Comments:*
DR WILL DISCUSS LABS WITH YOU AT YOUR NEXT VISIT

Signed Electronically by Annette McCutcheon, LPN on 02/05/14 09:28

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

7/25/14 It has never been explaned to me or diet.

Mr. Phil Lombardi, 07/29/14

Sir, Im sending this to you now becaue I feel if I dont, it will never get done.

when I attempted to get copies, I was denied again and Ms. Kriste A. Murrell who runs the Law Library on Compound One, said that Case Manager Ms. Edwards was to make me copies. When I asked Ms. Edwards to please make me copies, she said no again and when I explained what Ms. Murrell had said, Ms. Edward said the Copy machine was broken.

Sir, Im fowarding you this packet and pray you will file it or please hold on to it until the friday after the 3rd of August, when I will be able to receive store and get more stamps and manilla envelopes from my monthly $25.00 hygiene money I recieve from the Livelys.

Sir, the longer I wait, the more papers and stamps I lose and my health seems to worsen.

Sir, Im very sorry to add to your work load and if I felt I had other options, I would use them. May God bless you in all you do in life!

Respectfully Submitted

Randy Jay Jolliff #536109
3200 Kings Highway #FC-128
Cushing, Ok. 74023

Randy Jollitt #536109
3200 Kings Highway #FC-128
Cushing, Ok. 74023




RECEIVED
JUL 31 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

RECEIVED
JUL 29 2014
BY:

Office of The Clerk
"Mr. Phil Lombardi"
United States District
411 United States Courthouse
333 W. Fourth Street
Tulsa, OK. 74103-3819

Legal